```
                    UNITED STATES DISTRICT
                    COURT MIDDLE DISTRICT
                    OF TENNESSEE
Ozier                              )
                                   )
                                   )
 Plaintiff                         )

v.
                                   )No.3;19-333 ) Judges
                                   Campbell/
                                   Newburn/Brown

Ole Songs LLC

Defendant                          )JURY DEMAND
```

**O R D E R**

I conducted a settlement conference in this case on September 18, 2019. The parties were not able to reach a settlement. They are advised I remain available to assist with ADR at their request at any time.

<u>/S/Joe B. Brown</u>
U.S. Magistrate Judge